RICHARD DOCKERY, PETITIONER-RESPONDENT, v. SHAH-
MOON INDUSTRIES, INC., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.

November 29, 1966. Denied.

BERKELEY WATER CO., INC., PLAINTIFF-PETITIONER, v.
TOWNSHIP OF BERKELEY, DEFENDANT-RESPON-
DENT.

See same case below: 92 *N. J. Super.* 284.

*Messrs. Sailer & Holzapfel* and *Mr. Russell Fleming, Jr.*
for the petitioner.

*Messrs. Ewart, Lomell, Adler & Kearney* for the respon-
dent.

November 29, 1966. Denied.

CARTERET PROPERTIES, PLAINTIFF-RESPONDENT, v.
VARIETY DONUTS, INC., DEFENDANT-PETITIONER.

*Mr. Sumner N. Weener* and *Mr. Sam Weiss* for the peti-
tioner.

*Messrs. Wilentz, Goldman & Spitzer* and *Mr. Francis X.
Journick* for the respondent.

November 29, 1966. Granted.